IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONWAY JAY TURNBOUGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-18-124-C |
| ) | |
| JASON BRYANT, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on March 23, 2018, to which Petitioner has filed a pleading in response. The Court therefore considers the matter de novo.

Petitioner has not objected to the Report and Recommendation or to any factual or legal conclusions therein. Rather, he has moved to withdraw his habeas petition so that he can pursue one or more of the procedural prerequisites to jurisdiction in this Court. However, for the reasons stated in the Report and Recommendation, this would be futile.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6), and for the reasons announced therein, this petition for

habeas corpus relief is dismissed for lack of jurisdiction. A judgment will enter accordingly.

IT IS SO ORDERED this 10th day of April, 2018.

ROBIN J. CAUTHRON
United States District Judge